G. I. SINGLETON, et al., etc. *Appellants,* v. W. V. KNOTT, as Treasurer of the State of Florida, et al., *Appellees.*
Opinion filed March 10, 1931.

1078

*D. Neil Ferguson,* for Appellants;

*Whitaker, Himes* and *Whitaker* and *Fred H. Davis,* for certain Appellees.

1080

1082

1086

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered and decreed by the Court that the order of the court below should be, and the same is hereby, affirmed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL AND BROWN, J.J., concur.